

FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>SYNIA ZHANE SLATER,<br>DEFENDANT(S). | CASE NUMBER<br>5:24-cr-00048-DSF<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>the Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>March 19</u>, <u>2024</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or <u>n/a</u> and produced for the hearing.
*(Other custodial officer)*

Dated: <u>March 14, 2024</u>

*/s/ Karen L. Stevenson*
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                   Page 1 of 1